IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-cv-208

| | |
|---|---|
| MEINEKE FRANCHISOR SPV LLC, as successor-in-interest to MEINEKE CAR CARE CENTERS, INC., <br><br> Petitioner <br><br> vs. <br><br> ELLEN M. BRANNON and BLUE COLLAR AUTO SERVICE, LLC, an Indiana Limited Liability Company, <br><br> Respondents. | **MOTION FOR DEFAULT <u>FINAL JUDGMENT</u>** |

Petitioner, MEINEKE FRANCHISOR SPV LLC ("MEINEKE"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 55(b)(2), hereby moves the Court for entry of a Default Final Judgment against Respondents, ELLEN M. BRANNON ("Brannon") and BLUE COLLAR AUTO SERVICE, LLC, ("Blue Collar"), (together, "Respondents"), and as grounds, states as follows:

1. Meineke initiated this action by filing its Petition to Confirm Final Arbitration Award (the "Petition") on April 13, 2023. (ECF No. 1).

2. On April 14, 2023, the Clerk of Court issued summonses for each Respondent. (ECF No. 3).

3. Respondents were served with process in this matter on April 18, 2023 (ECF Nos. 4 and 5).

4. Respondents' responses to the Complaint were due on or before May 9, 2023.

5. To date, neither of the Respondents have served or filed a responsive pleading or otherwise taken any steps to defend this action. As a result, Meineke moved for entry of a Clerk's Default on June 28, 2023. (ECF No. 6).

6. The Clerk entered default against all Respondents on June 29, 2023. (ECF No. 7).

7. Meineke now moves the court to enter a default final judgment for damages against Respondents.

8. Meineke's Petition and the amount sought is for a sum certain that may be calculated with certainty by simple computation.

9. Meineke petitions the court to enter an order and final judgment confirming the May 24, 2022 Final Award of Arbitrator (the "Arbitration Award) for its claims against Respondents in the amount of One Hundred Fifty Six Thousand Four Hundred Four and 22/100 Dollars ($156,404.22) (the "Award Amount"), which consists of $134,976.04 in past due payments owed to Meineke, $7,498.00 in prejudgment interest, $9,735.50 in attorneys' fees, $319.68 in expenses, and $3,875.00 in arbitration costs.

10. As set forth in the Petition and as detailed in Meineke's Memorandum of Law in Support of Entry of Default Final Judgment against Respondents, Respondents jointly and severally owe Meineke $156,404.22 in damages pursuant to the Arbitration Award in addition to post-judgment interest at the statutory rate until such amounts are paid in full.

WHEREFORE Plaintiff, Meineke Franchisor SPV LLC, respectfully requests that this Court issue a Final Judgment by default against each Respondent, ELLEN M. BRANNON and BLUE COLLAR AUTO SERVICE, LLC, jointly and severally, for:

(a) the Award Amount of $156,404.22;

(b) Post-judgment interest at the statutory rate of 5.37% until the judgment is satisfied;

(c) All other relief deemed just and proper.

Dated: August 31, 2023

Respectfully submitted,
**SHANKMAN LEONE, P.A.**

 /s/ Danielle Diller
Danielle Diller, Esq.
North Carolina Bar No. 60026
Florida Bar No. 1008830
Email: ddiller@shankmanleone.com
707 N. Franklin Street, 5th Floor
Tampa, Florida 33602
Telephone: 813-223-1099
*Attorneys for Meineke Franchisor SPV LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 31, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/EFC. I also certify that the foregoing is being served this day on Respondents at the following addresses:

**Via U.S. Mail**:

Blue Collar Auto Service LLC
Attn: Ellen May Brannon
1303 West McGalliard Road
Muncie, Indiana 47303

Ellen May Brannon
712 S. Silverwood Road
Muncie, Indiana 47304

                                                */s/ Danielle Diller*
                                                Danielle Diller, Esq.